UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
AMINA BALA,                                      )
                                                 )        No.  C17-1374RSL
                        Plaintiff,               )
       v.                                        )
                                                 )        ORDER TO SHOW CAUSE
ALLIANCEONE RECEIVABLES                          )
MANAGEMENT, INC.,                                )
                                                 )
                        Defendants.              )
_____)

       This matter comes before the Court *sua sponte*.  The complaint in the above-

captioned matter was filed on September 12, 2017.  To date, service of the summons and

complaint has not been made on the defendant as required by Fed. R. Civ. P. 4(m).  Plaintiff is

hereby ORDERED to show cause why the complaint should not be dismissed.  Plaintiff shall file

a responsive brief no later than February, 15, 2018.



       DATED this 1st day of February, 2018.



                                          MMS Lasnik
                                          Robert S. Lasnik
                                          United States District Judge










ORDER TO SHOW CAUSE