# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMINA BALA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>    Defendant. | Case No.: 2:17-cv-01374-RSL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41, **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Washington, Western District, Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice.

Dated this 5th day of February, 2018

By: s/Joshua Trigsted
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:17-cv-01374-RSL

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888)595-9111x216

1